Filed by YH D.C.

Feb 28, 2020

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-20129-CR-MIDDLEBROOKS/MCALILEY

18 U.S.C. § 951

UNITED STATES OF AMERICA

vs.

HECTOR ALEJANDRO CABRERA FUENTES,

Defendant.
_____/

## INDICTMENT

The Grand Jury charges that:

Beginning in or around March 2019, to on or about February 17, 2020, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**HECTOR ALEJANDRO CABRERA FUENTES,**

did knowingly act within the United States as an agent of a foreign government, specifically the Russian Federation, without prior notification to the Attorney General, as required by law, in violation of Title 18, United States Code, Section 951.

A TRUE BILL

_____
FOREPERSON

_____
ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

_____
MICHAEL THAKUR
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA      CASE NO. _____

vs.

**HECTOR ALEJANDRO CABRERA FUENTES,**      CERTIFICATE OF TRIAL ATTORNEY*

**Defendant.**
_____ /      Superseding Case Information:

**Court Division**: (Select One)          New Defendant(s)    Yes ____ No ____
                                           Number of New Defendants _____
Miami  X     Key West ____               Total number of counts _____
FTL ____     WPB ____  FTP ____

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:  (Yes or No)   No
   List language and/or dialect  _____

4. This case will take   5-6   days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                    (Check only one)
   I    0 to 5 days      X            Petty    ____
   II   6 to 10 days     ____         Minor    ____
   III  11 to 20 days    ____         Misdem.  ____
   IV   21 to 60 days    ____         Felony    X
   V    61 days and over ____

6. Has this case been previously filed in this District Court? (Yes or No)   No
   If yes:
   Judge: _____  Case No. _____
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter?  (Yes or No)   Yes
   If yes:
   Magistrate Case No.                    20-MJ-02247-CMM
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of   February 17, 2020
   Defendant(s) in state custody as of   _____

   Rule 20 from the District of   _____
   Is this a potential death penalty case? (Yes or No)    No

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003? ____ Yes   X   No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007? ____ Yes   X   No

_____
MICHAEL THAKUR
ASSISTANT UNITED STATES ATTORNEY
FLORIDA BAR NO. 1011456

*Penalty Sheet(s) attached

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** HECTOR ALEJANDRO CABRERA FUENTES

**Case No:** _____

Count #: 1

Acting as an Agent of a Foreign Government

Title 18, United States Code, Section 951

**\*Max. Penalty:** 10 Years' Imprisonment

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.