UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-20129-CR-MIDDLEBROOKS/McALILEY

UNITED STATES OF AMERICA

v.

HECTOR ALEJANDRO CABRERA FUENTES,

           Defendant.
_____/

### GOVERNMENT'S MOTION TO DESIGNATE
### CLASSIFIED INFORMATION SECURITY OFFICER

Pursuant to the Classified Information Procedures Act, 18 U.S.C. App. III ("CIPA"), and Section 2 of the Security Procedures established under Pub. L. 96-456, 94 Stat. 2025, by the Chief Justice of the United States and promulgated under Section 9 of CIPA, the United States of America hereby files this unopposed motion for the appointment of a Classified Information Security Officer ("CISO") and Alternate CISOs in this case.

This is a criminal matter in which the grand jury has returned an indictment charging the Defendant with acting as an agent of a foreign government within the United States, without notification to the Attorney General, in violation of 18 U.S.C. § 951. This case involves classified materials and will involve filings pursuant to CIPA.

To assist this Court and its personnel in the handling of motions pursuant to CIPA and in the implementing of certain orders relating to this case, the government requests that this Court designate Carli V. Rodriguez-Feo as the CISO, who will on behalf of this Court assume appropriate responsibilities and perform prescribed duties related to CIPA and the handling of classified materials.

The government further requests that this Court designate the following persons as Alternate CISOs, to serve in the event Ms. Rodriguez-Feo is unavailable: Debra M. Guerrero-Randall, Daniel O. Hartenstine, Matthew W. Mullery, Maura L. Peterson, Harry J. Rucker, and W. "Scooter" Slade.

For all of the foregoing reasons, the government respectfully requests that this Court appoint a CISO and Alternate CISOs in this case. The government has contacted defense counsel about this motion and has been informed that defense counsel agrees to the entry of the proposed Order. A proposed Order granting this motion is attached hereto as Exhibit A.

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

By: s/ Michael Thakur
MICHAEL THAKUR
ASSISTANT UNITED STATES ATTORNEY
Court No. A5501474/Florida Bar No. 1011456
99 Northeast 4th Street
Miami, Florida 33132-2111
Tel: (305) 961-9361
Email: Michael.Thakur@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on March 16, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

s/ <i>Michael Thakur</i><br>
Michael Thakur<br>
Assistant United States Attorney