THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-cr-20129-DMM

**UNITED STATES OF AMERICA,**

        Plaintiff,

v.

**HECTOR ALEJANDRO CABRERA FUENTES,**

        Defendant.
_____/

## UNOPPOSED MOTION TO CONTINUE TRIAL SETTING, CALENDAR CALL AND RELATED DEADLINES

The Defendant moves to continue the presently scheduled trial, calendar call and related deadlines, and hereby state as follows:

1. On February 28, 2020, a grand jury sitting in the Southern District of Florida returned an Indictment charging Hector Alejandro Cabrera Fuentes with acting as an agent of a foreign government within the United States, without prior notification to the Attorney General, as required by law, in violation of Title 18, United States Code, Section 951 [D.E. 10].

2. This matter is currently set for trial on April 20, 2020 and a calendar call for April 14, 2020 [D.E. 14].

3. On March 16, 2019, the government filed a Motion for a Pre-Trial Conference Pursuant to 18 U.S.C. APP. III (CIPA) Section 2 [D.E. 15] and Motion to Designate Classified Information Security Officer [D.E. 16], alleging that this case involves classified materials that will require further filings pursuant to CIPA.

4. As of the filing of this request, the Defendant has not received discovery and has therefore not been able to commence preparation of a defense to the government's allegations made against him. Further, with the recent CIPA filings, full disclosure of the government's case against the defendant will be delayed until after a hearing before this Court.

5. Because of the Coronavirus pandemic, counsel has been informed that he will not be able to meet and confer with his client which is further complicating the preparation process in this matter.

6. In order to effectively prepare for this matter, counsel requests that the Court exclude an additional 90 days from the Speedy Trial clock and reschedule the Calendar Call, Trial and all related deadlines accordingly.

7. Dr. Cabrera- Fuentes consents to the filing of this motion as well as the request to exclude time.

8. AUSA Michael Thakur does not oppose the relief requested in this motion.

WHEREFORE, the Defendant requests that the current trial deadlines in this matter be reset after the CIPA and discovery related issues have been resolved. A proposed Order is attached hereto.

Dated this 17th day of March 2020.

s/ Ronald Gainor
Ronald Gainor, Esq.
Florida Bar No. 606960
GAINOR & DONNER
3250 Mary Street Suite 405
Miami, Florida 33133
O: 305-537-2000
C: 305-206-2008
F: 305-537-2001
Email: gainorlaw@gmail.com
***Counsel for Defendant***
***Hector Alejandro Cabrera Fuentes***

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of March 2020, I electronically filed the foregoing Motions with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all interested parties.

s/ Ronald Gainor