UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-20129-CR-MIDDLEBROOKS/McALILEY

UNITED STATES OF AMERICA

vs.

HECTOR ALEJANDRO CABRERA FUENTES,

           **Defendant.**

_____/

## ORDER DESIGNATING CLASSIFIED INFORMATION SECURITY OFFICER

The Court has been made aware that this case will involve the use and discovery of classified information. Federal law explicitly provides that federal courts must have security procedures for the handling of classified information. *See* Classified Information Procedures Act, Pub. L. 96-456 § 9, 94 Stat. 2025 (1980). Pursuant to Paragraph 2 of the Revised Security Procedures Established Pursuant to Pub L. 96-456, 94 Stat. 2025, by the Chief Justice of the United States for the Protection of Classified Information, the Court HEREBY APPOINTS Carli V. Rodriguez-Feo, Security Specialist, as the Classified Information Security Officer in the above-captioned matter.

The Court FURTHER APPOINTS Debra M. Guerrero-Randall, Daniel O. Hartenstine, Matthew W. Mullery, Maura L. Peterson, Harry J. Rucker, and W. "Scooter" Slade, as Alternate Classified Information Security Officers in the above-captioned matter.

**DONE AND ORDERED** in Miami, Florida this 18th day of March, 2020.

                                                      Donald M. Middlebrooks
                                                      United States District Judge