THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-cr-20129-DMM

**UNITED STATES OF AMERICA,**

Plaintiff,

v.

**HECTOR ALEJANDRO CABRERA FUENTES,**

Defendant.

_____/

## UNOPPOSED MOTION TO CONTINUE TRIAL SETTING AND RELATED DEADLINES

The Defendant moves to continue the presently scheduled trial and related deadlines, and hereby state as follows:

1.      On February 28, 2020, a grand jury sitting in the Southern District of Florida returned an Indictment charging Hector Alejandro Cabrera Fuentes with acting as an agent of a foreign government within the United States, without prior notification to the Attorney General, as required by law, in violation of Title 18, United States Code, Section 951 [D.E. 10].

2.      This matter is currently set for trial on October 26, 2020, with a deadline of September 30, 2020 for timely acceptance of responsibility [D.E. 24].

3.      On August 11, 2020, Chief United States District Judge K. Michael Moore issued his Sixth Administrative Order Concerning July Trials and Other Proceedings 2020-53 which continued all jury trials in this jurisdiction until January 4, 2021.

4.    For the last several months, undersigned counsel has also been working with the government to complete the security-clearance process which, when finalized, would allow the defense to receive the remaining discovery in this case. Counsel believes this process is nearly completed, with clearance expected to be given within the next 60 days. Once discovery is received, counsel would expect to need at least 30 days to review and then need consult with his client.

5.    Because of the ongoing Coronavirus pandemic, counsel has not been able to meet and confer with his client face-to-face, further complicating the preparation process in this matter.

6.    In order to effectively prepare for this matter, counsel requests that the Court exclude an additional 90 days from the Speedy Trial clock and reschedule the Trial and all related deadlines accordingly.

7.    Dr. Cabrera- Fuentes consents to the filing of this motion as well as the request to exclude time.

8.    AUSA Michael Thakur does not oppose the relief requested in this motion.

WHEREFORE, the Defendant requests that the current trial and deadlines in this matter be reset ninety days.

Dated this 29th day of September 2020.

s/ Ronald Gainor
Ronald Gainor, Esq.
Florida Bar No. 606960
GAINOR & DONNER
3250 Mary Street Suite 405
Miami, Florida 33133
O: 305-537-2000
C: 305-206-2008
F: 305-537-2001
Email: gainorlaw@gmail.com
**Counsel for Defendant**
**Hector Alejandro Cabrera Fuentes**

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of September 2020, I electronically filed the foregoing Motion with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all interested parties.

s/ Ronald Gainor