UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 20-20129-CR MIDDLEBROOKS

UNITED STATES OF AMERICA,
         Plaintiff,

vs.

HECTOR ALEJANDRO CABRERA FUENTES,
         Defendant(s)
_____/

## ORDER CONTINUING TRIAL

**THIS CAUSE** comes before the court pursuant to Defendant's Third Unopposed Motion to Continue Trial Setting and Related Deadlines (D.E. 25).   Due to the representation of counsel, the need for additional time to receive and review discovery, and defense counsel not being able to meet with his client due to the current public health emergency, the motion is hereby **GRANTED.   Trial is scheduled to begin on Monday, February 8, 2021 at 9:00 am before the undersigned in Miami.   The deadline for timely acceptance of responsibility is extended to January 15, 2021 by 2:00 pm.**   Counsel shall notify Chambers and the Government by 2:00 pm on January 15, 2021 if Defendant will be changing his plea. For the reasons stated, the Court finds that the interests of justice outweigh the demands of the Speedy Trial Act.   Therefore, it is

**ORDERED AND ADJUDGED** that the time between September 29, 2020 and February 8, 2021 is hereby excluded from Speedy Trial Act calculations.

**DONE AND ORDERED** at Miami, Florida, this 30th day of September, 2020.

                                                   Donald M. Middlebrooks
                                                   United States District Judge

cc: Counsel of Record