THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-cr-20129-DMM

**UNITED STATES OF AMERICA,**

        Plaintiff,

v.

**HECTOR ALEJANDRO CABRERA FUENTES,**

        Defendant.

_____/

## UNOPPOSED MOTION TO CONTINUE TRIAL SETTING AND RELATED DEADLINES

The Defendant moves to continue the presently scheduled trial and related deadlines, and hereby state as follows:

1. On February 28, 2020, a grand jury sitting in the Southern District of Florida returned an Indictment charging Hector Alejandro Cabrera Fuentes with acting as an agent of a foreign government within the United States, without prior notification to the Attorney General, as required by law, in violation of Title 18, United States Code, Section 951 [D.E. 10].

2. This matter is currently set for trial on February 8, 2021 [D.E. 26].

3. On March 16, 2019, the government filed a Motion for a Pre-Trial Conference Pursuant to 18 U.S.C. APP. III (CIPA) Section 2 [D.E. 15] and Motion to Designate Classified Information Security Officer [D.E. 16], alleging that this case involves classified materials.

4. As of the filing of this request, undersigned counsel has just been informed that he will be granted security clearance to review these classified materials after some house-keeping

matters are completed. It is anticipated that counsel will then need to time to review and discuss these materials with his client.

5. Because of the Coronavirus pandemic, access to Dr. Cabrera-Fuentes at the FDC Miami is limited.

6. On October 20, 2020, Chief Judge K. Michael Moore issued his Seventh Order Concerning Jury Trials which specifically continued all jury trials to April 5, 2021 and all corresponding pre-trial related deadlines as well.

7. Based on the foregoing, undersigned counsel requests that the current trial and corresponding acceptance and pre-trial motions deadline be reset consistent with Judge Moore's Oct 20, 2020. Order.

8. Dr. Cabrera- Fuentes consents to the filing of this motion as well as the request to exclude time.

9. AUSA Michael Thakur does not oppose the relief requested in this motion.

WHEREFORE, the Defendant requests that the current trial deadlines in this matter be reset after the CIPA and discovery related issues

Dated this 7th day of January 2021.

s/ Ronald Gainor
Ronald Gainor, Esq.
Florida Bar No. 606960
GAINOR & DONNER
3250 Mary Street Suite 405
Miami, Florida 33133
O: 305-537-2000
C: 305-206-2008
F: 305-537-2001
Email: gainorlaw@gmail.com
*Counsel for Defendant*
*Hector Alejandro Cabrera Fuentes*

## CERTIFICATE OF SERVICE

      I hereby certify that on this 7th day of January 2021, I electronically filed the foregoing Motions with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all interested parties.

s/ Ronald Gainor