THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-cr-20129-DMM

**UNITED STATES OF AMERICA,**

       Plaintiff,

v.

**HECTOR ALEJANDRO CABRERA FUENTES,**

       Defendant.
_____/

## UNOPPOSED MOTION TO CONTINUE TRIAL SETTING AND RELATED DEADLINES

The Defendant moves to continue the presently scheduled trial and related deadlines, and hereby state as follows:

1. On February 28, 2020, a grand jury sitting in the Southern District of Florida returned an Indictment charging Hector Alejandro Cabrera Fuentes with acting as an agent of a foreign government within the United States, without prior notification to the Attorney General, as required by law, in violation of Title 18, United States Code, Section 951 [D.E. 10].

2. This matter is currently set for trial on September 07, 2021, at 9:00 a.m. [D.E. 30] with a corresponding deadline to accept responsibility by June 30, 2021.

3. On March 16, 2020, the government filed a Motion for a Pre-Trial Conference Pursuant to 18 U.S.C. APP. III (CIPA) Section 2 [D.E. 15] and Motion to Designate Classified Information Security Officer [D.E. 16], alleging that this case involves classified materials that will require further filings pursuant to CIPA.

4.      As of the filing of this request, Undersigned has been granted security clearance and has commenced review of classified discovery. The defense is still waiting for the granting of security clearance for his law partner / co-counsel which should be granted in the next 30-45 days.

5.      To effectively prepare for this matter, counsel requests that the Court exclude an additional 90 days from the Speedy Trial clock and reschedule the Trial and all related deadlines accordingly.

6.      Dr. Cabrera- Fuentes consents to the filing of this motion as well as the request to exclude time.

7.      AUSA Michael Thakur does not oppose the relief requested in this motion.

WHEREFORE, the Defendant requests that the current trial date and associated deadlines, including any acceptance of responsibility cutoff date in this matter be reset.

Dated this 28th day of June 2021.

s/ Ronald Gainor
Ronald Gainor, Esq.
Florida Bar No. 606960
GAINOR & DONNER
3250 Mary Street Suite 405
Miami, Florida 33133
O: 305-537-2000
C: 305-206-2008
F: 305-537-2001
Email: gainorlaw@gmail.com
**Counsel for Defendant**
**Hector Alejandro Cabrera Fuentes**

### CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of June 2021, I electronically filed the foregoing Motion with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all interested parties.

s/ Ronald Gainor