THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-cr-20129-DMM

**UNITED STATES OF AMERICA,**

        Plaintiff,

v.

**HECTOR ALEJANDRO CABRERA FUENTES,**

        Defendant.
_____/

### **JOINT MOTION FOR TWO WEEK EXTENSION OF MOTIONS DEADLINE**

The Government and Hector Alejandro Cabrera Fuentes jointly move to continue the presently scheduled motions deadline for a period of two weeks and state as follows:

1. On February 28, 2020, a grand jury returned an Indictment charging Mr. Cabrera Fuentes with acting as an agent of a foreign government within the United States without prior notification to the Attorney General as required by law, in violation of Title 18 United States Code Section 951. D.E. 10.

2. On March 18, 2020, this Court entered an Order Designating Classified Security Information Officer pursuant to Paragraph 2 of the Revised Security Procedures Established Pursuant to Pub L. 96-456, 94 Stat. 2025 (1980). D.E. 18.

3. This matter is currently scheduled for trial on March 14, 2022, at 9:00 a.m., with a motions' deadline of December 1, 2021, and a deadline to accept responsibility of January 19, 2022. D.E. 37.

4. The Government and the Defendant are presently engaged in negotiations to resolve this matter and need a nominal amount of time to attempt to reach agreement prior any motions deadline. The parties do not seek an extension of the trial date or other deadlines.

WHEREFORE, the Government and Mr. Cabrera Fuentes jointly request that the current motions deadline of December 1, 2021 be extended up through and including December 15, 2021.

Dated this 29th day of November 2021.

Respectfully submitted,

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

| | |
|---|---|
| By: s/Michael Thakur<br>MICHAEL THAKUR<br>ASSISTANT UNITED STATES ATTORNEY<br>Court No. A5501474/Florida Bar No. 1011456<br>99 Northeast 4th Street<br>Miami, Florida 33132-2111<br>Tel: (305) 961-9361<br>Email: Michael.Thakur@usdoj.gov | s/ Amber Donner<br>Amber Donner, Esq.<br>Florida Bar No. 600032<br>GAINOR & DONNER<br>3250 Mary Street Suite 405<br>Miami, Florida 33133<br>O: 305-537-2000<br>C: 305-206-2008<br>F: 305-537-2001<br>Email: amber_donner@hotmail.com<br>**Counsel for Defendant**<br>**Hector Alejandro Cabrera Fuentes** |

**CERTIFICATE OF SERVICE**

I hereby certify that on this 29th day of November 2021, I electronically filed the foregoing Motion with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all interested parties.

s/ Amber Donner