THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-cr-20129-DMM

**UNITED STATES OF AMERICA,**

       Plaintiff,

v.

**HECTOR ALEJANDRO CABRERA FUENTES,**

       Defendant.

_____/

## JOINT MOTION FOR ADDITIONAL EXTENSION OF MOTIONS DEADLINE

The Government and Hector Alejandro Cabrera Fuentes jointly move to continue the presently scheduled motions deadline and state as follows:

1. On February 28, 2020, a grand jury returned an Indictment charging Mr. Cabrera Fuentes with acting as an agent of a foreign government within the United States without prior notification to the Attorney General as required by law, in violation of Title 18 United States Code Section 951. D.E. 10.

2. On March 18, 2020, this Court entered an Order Designating Classified Security Information Officer pursuant to Paragraph 2 of the Revised Security Procedures Established Pursuant to Pub L. 96-456, 94 Stat. 2025 (1980). D.E. 18.

3. This matter is currently scheduled for trial on March 14, 2022, at 9:00 a.m., with a deadline to accept responsibility of January 19, 2022. D.E. 37.

4.        On November 30, 2022, this Court entered an Order Granting Joint Motion for Two Weeks Extension of Motions Deadline. D.E. 39. Pursuant to that Order, the present deadline to file motions is December 15, 2021.

5.        The Government and the Defendant continue to be engaged in negotiations to resolve this matter and need additional time to attempt to reach agreement prior to any motions deadline. The parties do not seek an extension of the trial date or other deadlines. Given the good faith efforts of the parties to resolve this matter and the upcoming holidays, the parties jointly seek a motions deadline of January 7, 2022.

WHEREFORE, the Government and Mr. Cabrera Fuentes jointly request that the current motions deadline of December 15, 2021 be extended up through and including January 7, 2022. Dated this 13th day of December 2021.

Respectfully submitted,

JUAN ANTONIO GONZALEZ
ACTING UNITED STATES ATTORNEY

By: s/Michael Thakur
MICHAEL THAKUR
ASSISTANT UNITED STATES ATTORNEY
Court No. A5501474/Florida Bar No. 1011456
99 Northeast 4th Street
Miami, Florida 33132-2111
Tel: (305) 961-9361
Email: Michael.Thakur@usdoj.gov

s/ Amber Donner
Amber Donner, Esq.
Florida Bar No. 600032
GAINOR & DONNER
3250 Mary Street Suite 405
Miami, Florida 33133
O: 305-537-2000
C: 305-206-2008
F: 305-537-2001
Email: amber_donner@hotmail.com
**Counsel for Defendant**
**Hector Alejandro Cabrera Fuentes**

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of December 2021, I electronically filed the foregoing Motion with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all interested parties.

<u>s/ Amber Donner</u>