UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-CR-20129-MIDDLEBROOKS

UNITED STATES OF AMERICA

vs.

HECTOR ALEJANDRO CABRERA FUENTES,

Defendant.

_____/

FACTUAL PROFFER

The United States of America and Hector Alejandro Cabrera Fuentes (hereinafter referred to as the "defendant") agree that if this matter had proceeded to trial, the government's evidence would have shown, beyond a reasonable doubt, that, among other things:

Since in or around 2019, the defendant acted under the direction and control of an individual the defendant believed to be a Russian government official. Instructed by this Russian government official, the defendant, a Mexican citizen who has spent significant time in Russia, arranged for an intermediary to lease a unit in a specific residential building in Miami-Dade County where a specified U.S. Person resided. The specified U.S. Person had previously provided information about the Russian government to the United States Government.

Furthermore, at the direction of the same Russian official, the defendant traveled to Miami in February 2020 to obtain the license plate number and parking location of the specified U.S. Person's car and to provide this information to the Russian official upon his next trip to Russia. The defendant's travel companion, at the request of the defendant, took a photo of the specified

1

U.S. Person's car. A WhatsApp message from the defendant's travel companion to the defendant contained a close-up photograph of the specified U.S. Person's car. The manner in which the defendant communicated with the Russian government official and his undertakings in this case are consistent with the tactics of the Russian intelligence services for spotting, assessing, recruiting, and handling intelligence assets and sources.

The defendant had not notified the United States Attorney General, as required by law, that he was acting in the United States as an agent of the Russian government.

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

Date: 2-15-22          By: _____

MICHAEL E. THAKUR
ASSISTANT UNITED STATES ATTORNEY

MATTHEW G. OLSEN
ASSISTANT ATTORNEY GENERAL
NATIONAL SECURITY DIVISION

Date: 2-15-22          By: _____ FOR

MATTHEW J. MCKENZIE
TRIAL ATTORNEY

Date: 2-14-22          By: _____

RONALD GAINOR, ESQ.
ATTORNEY FOR DEFENDANT

Date: 2-14-22          By: _____

AMBER DONNER, ESQ.
ATTORNEY FOR DEFENDANT

Date: 2/14/2022          By: _____

HECTOR ALEJANDRO CABRERA FUENTES
DEFENDANT

2