THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-cr-20129-DMM

**UNITED STATES OF AMERICA,**

        Plaintiff,

v.

**HECTOR ALEJANDRO CABRERA FUENTES,**

        Defendant.

_____/

## UNOPPOSED MOTION TO CONTINUE SENTENCING DATE

Mr. Cabrera-Fuentes, through his undersigned counsel, files this Unopposed Motion to Continue Sentencing Hearing and hereby state as follows:

1. This matter is currently set for a Sentencing Hearing on May 10 at 2:15 p.m. [D.E. 49]. The original setting for this hearing was May 17, 2022, at 10:30 a.m. [D.E. 47].

2. Undersigned counsel was previously scheduled to be in Denver, Colorado during the week of May 9th and is unable to attend Mr. Cabrera-Fuentes's new, earlier Sentencing Hearing.

3. Mr. Cabrera-Fuentes and the government request a May 31, 2022, sentencing date.

4. The AUSA in this matter, Michael Thakur, does not oppose this motion.

WHEREFORE, Mr. Cabrera-Fuentes hereby requests that his Sentencing Hearing reset to May 31, 2022 or any date thereafter the Court is available.

Dated this 25th day of April 2022.

Respectfully submitted,

s/ Ronald Gainor
Ronald Gainor, Esq.
Florida Bar No. 606960
GAINOR & DONNER
3250 Mary Street Suite 405
Miami, Florida 33133
O. 305.537.2000
F. 305.537.2001
Gainorlaw@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of April 2022, I electronically filed the foregoing Motion with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all interested parties.

*s/ Ronald Gainor*