

William A. Boisvert, Ph.D.
*Professor of Medicine*
John A. Burns School of Medicine
Department o Medicine
Center for Cardiovascular Research
651 Ilalo St., BSB-311
Honolulu, Hawaii 96813
Tel: (808) 692-1567
Fax: (808) 692-1973
E-mail: wab@hawaii.edu

March 17, 2022

**Re: Dr Hector Alejandro Cabrera Fuentes**

To Whom It May Concern:

  I am writing to communicate my dealings with and my impressions of Dr Hector Alejandro Cabrera Fuentes during this difficult time for him. I have known Dr Cabrera for more than 8 years during which time I have seen him grow tremendously from a PhD student to a full-fledged scientist that he is today.  Dr Cabrera earned his PhD degree in August of 2014 from Justis Liebig University under the mentorship of Prof. Klaus Preissner. He then joined the lab of Prof. Derek Hausenloy at the Duke-NUS in Singapore as a postdoctoral fellow in April of 2015 where he worked until February of 2020.

  While he was working in my lab for brief periods during 2012 and 2013, he proved himself to be a hard-working individual with strict work ethics. I saw him on multiple occasions working diligently into the wee hours of the night. He was extremely well read and up to date on the literature pertaining to his research and beyond.  Over the years I have watched Dr Cabrera blossom into a thoughtful and creative scientist capable of taking on the most challenging of research projects. We have continued to work together over the years along with his mentors Drs. Preissner and Hausenloy, and it has been a pleasure interacting with Dr Cabrera. Not only does he possess an inherent talent for research but he is responsible and always "delivers on time". Above all, his enthusiasm for research is joy to watch for someone at his young age.

  From the time he started his fellowship at Duke-NUS Dr Cabrera worked tremendously hard to obtain quality publications of his work as well as apply for funding to support his work. His work was so impressive that he was awarded a position of assistant professor at Duke-NUS within approximately 3 years which is almost unprecedented these days (it takes usually 5-8 years to get the first faculty position these days). Dr Cabrera is extremely well-connected to scientists in Europe as well as in Americas and Asia, and is universally loved by all scientists that he is connected with. Furthermore, his work in cardiovascular research is very well-respected within the cardiovascular research world. All this at the age of 35 is very impressive indeed.

  In addition to being a brilliant scientist, Dr Cabrera is a compassionate person who has given a tremendous amount of his time and energy to the people in his community in Oaxaca, Mexico. He has worked tirelessly to promote scientific education for the young people of Oaxaca, even taking on many young scientists to work in his laboratory in Germany and Singapore. In more recent years, he has succeeded in developing skin treatments for those suffering from severe skin lesions in the extremities due to chronic diabetes in Mexico. These are just a few of the achievements that I am familiar with, but I know that there are many more that I do not know enough details about to mention here.

  Given enough time, I have no doubts that Dr Cabrera will become a highly successful scientist whose work will impact the health of many people. As a former mentor and now as a fellow scientist I sincerely hope that he will be able to continue his work as a biomedical researcher as well as to continue to serve his community in Mexico.

Regards,

William A. Boisvert, Ph.D.

DEFENDANT'S EXHIBIT B

**Letter of support for Dr. Hector Alejandro Cabrera Fuentes**  March 26, 2022

To Whom It May Concern:

My name is Luis Roberto Flores Castillo. I am an Associate Professor in the Department of Physics of The Chinese University of Hong Kong. I do research on elementary particles as a member of the ATLAS collaboration at the Large Hadron Collider at CERN, and I am currently the Team Leader of my University's group at CERN.

In parallel to my academic and scientific work, I participate as much as possible in initiatives and projects aimed at fostering education and development in Mexico. With this aim, around eight years ago I started collaborating with the Mexican Global Network (*Red Global Mx*, or RGMx), which is a loosely connected non-governmental organization formed by Mexican citizens that want to help our country; for example, the Swiss Chapter has been able to carry out medical and educational projects in Mexico and to arrange a large donation of computer equipment to Chiapas, among other activities. In representation of the Swiss Chapter, I attended a number of regional and global meetings of the RGMx, where representatives share experiences and best practices, and try to spark new projects and collaborations. I met Hector in one those meetings (I think it was in Berlin, in October of 2016), where he represented the Singapore chapter. I was impressed by his academic and scientific achievements, especially at such an early stage of his career, but I think his work, his concern, and his care for the well-being of others outshine those achievements. Although I have interacted with him a few times over the years, both in person and electronically, I definitely can attest to his passion, commitment and dedication to help those in need, and especially those in poor regions of his native state of Oaxaca, Mexico. A few examples that I witnessed first-hand:

1. Long ago, he started a foundation called "*Por Oaxaca más Investigadores*" (More Scientific Researchers for Oaxaca), to find and nurture young talents through fellowships and research collaborations.
2. On September 7, 2017, one of the strongest earthquakes in a hundred years hit Oaxaca; almost immediately, Hector was one of the most active people setting up ways to send donations and help, and he co-organized an effort to build safer houses in the region. As soon as December 2017, he had already traveled to one of the most affected towns there to help setting up rebuilding efforts.
3. He has been very active as an advisor in aspects of a large-scale project of the Mexican government (the *Corredor Transístmico de Tehuantepec*), with the aim of shaping the South of Oaxaca into a development pole for the region.
4. A few years ago, we discussed the possibility of setting up a foundation to help organize science outreach and educational efforts in Oaxaca and other regions in Mexico. I was very happy with the prospect of working with him on such an endeavor.

There are also, of course, his numerous and impressive career achievements. Their span, importance and impact are evident from the awards and appointments he has received.

When calamities strike, or to devise new ways to improve everyone's living conditions, few people are capable, proactive, and organized enough to act, and, furthermore, to motivate and mobilize others to help. I think it is everyone's loss that, precisely in a time when there is such a dire need for medical work and research, Hector is kept away from helping, since I am sure that he would be one the first, most active, and most effective people to find ways to do it, both as a world-class medical researcher, who already has made significant contributions to widely different medical specialties, and as a concerned citizen, always willing to dedicate his time and work to help others.

Sincerely,

Luis Roberto Flores Castillo

Tuesday, May 24th, 2022

El Espinal, Oaxaca,

Honorable Judge **Donald Middlebrooks**.

My name is Lucila Fuentes Cruz, Hector Alejandro Cabrera Fuente's mother, gave birth to him on this date, 37 years ago. I remember when I took him to preschool, he was only 3 years old, and Hector was telling me what he wanted to be when he grew up. He wanted to become a baseball player, he wanted to work in what is now call TELMEX just like his father, and he wanted to keep studying so he could be a professional one day.

Every day after school, he insisted on staying in our house garden where he would play with marbles, with our plants and just play around like any other kid of his age. I think this is where the idea of studying microbiology grew in him.

He kept studying hard during his high school years and obtained a scholarship to keep studying outside the country and achieved to study a master's degree and then a PhD in microbiology and science.

**To my son**: The best and smartest decision you could have made was leaving at an early age and pursuing your dreams, leaving me a valuable lesson. I now pray to God that you keep flying and pursuing what you love and to embrace that. continue contributing his knowledge to humanity

It is my sincere hope that you will consider this letter and all the contributions provided by my son to science and you can help him that soon he can continue supporting with his knowledge to society.

Thank you for taking the time to read this letter.

Sincerely,

*Lucila Fuentes Cruz*

**Lucila Fuentes Cruz**

Tuesday, May 24th, 2022

El Espinal, Oaxaca, Mexico.

Honorable Judge **Donald Middlebrooks**.

Let me begin with saying that having my brother at home were few but wonderful moments. Sometime later I found out about the big sacrifice he was making and why he could not be with us. It was so he could achieve his dreams, and with that helping his own family to achieve theirs.

I recall being in fourth grade when my brother left home to study abroad. I was so proud of him as he had won the opportunity to study in Russia what he always wanted to study. He was incredibly young, but one of the smartest persons I have ever known, he overcame his fears and focus on his goals. He stayed connected with us while in Russia, he wrote telling us about how he worked at a Latin restaurant as a cook to be able to cover his daily expenses. It was hard for him to be away, nevertheless he always maintained his optimism and was sure that he would achieve that for which he was aiming.

He has always been supportive to our family and has kept us together as one. As my big brother, he has taken the responsibility of taking care of us financially, and emotionally. Supporting our family since the beginning and I will be forever thankful to him for that.

He has always been there in the distance, taking care of what he loves the most, his family. Nowadays, he still does, he calls us every day, full of hope, optimism, and motives us not give up on him. We know that he is the pilar of our family, we root for him all the way, and we love him.

I hope this letter will offer valuable description of Hector as a brother, a caring and dedicated person who is always willing to help and promote the growth of those around him.

Thank you for taking the time to read this letter.

Sincerely,

**Alexis Cabrera Fuentes**

Classification: Internal

Tuesday, May 24th, 2022

El Espinal, Oaxaca, Mexico.

Honorable Judge **Donald Middlebrooks**.

My name is Nancy Niza Cabrera Fuentes, Héctor Alejandro Cabrea Fuentes sister. I would like to share that Hector has always been present with his love an unconditional support. We grew together until he was 17 years old, and this is when he started building his own path, we have great communication, and I know that no matter what he will always be there for us.

Since he was young, he has shown as an engaged and committed person to what he does and whom he loves. He has shown a protective instinct with his family and aims for us to stay together as a family, despite the distance. Hector was born to be a remarkable human being, to help people and to give his very best on everything he does. My mother taught him that he should never forget about where he came from and where he was going to, and he has never forgotten that.

When he started to have capability to help, he started to help kids providing opportunities for them to finish their school. He stablished connections with colleges for science students to be developed in the science filed. He has helped his hometown tremendously providing cultural opportunities, such as a Marimba Perlas and diamantes group, that he developed, and they are very grateful to have had him as their mentor and helper.

My interest with this letter is to share with you the big commitment that my brother has had with society. I know the origin of his big and humble heart, I am a witness of his virtues as a person, of all the good thing he has done, of all his effort he has put into science and society. Hector is a professional, but beyond that is a human being that society and science needs, willing to help those who needed it, putting his heart, expertise, and knowledge out there to people and into every single project he has.

Thank you for taking the time to read this letter.

Sincerely,

*[signature: Nancy Gule Niza Cabrera Fuentes]*

**Nancy Niza Cabrera Fuentes**

Classification: Internal

Tuesday, May 24th, 2022

El Espinal, Oaxaca, Mexico.

Honorable Judge **Donald Middlebrooks**.

My name is Héctor Cabrera Guzmán, father of Hector Alejandro Cabrera Fuentes, my son was born March 24, 1985 in Colonia Reforma in Juchitán Oaxaca, but he was registered in El Espinal, place where he grew up, he started kindergarten when he was 3 years old, from that moment it was already visible his interest in learning, he went to a religious elementary school where he discovered his love and passion for helping others and to respects others' opinions even when they differ from his own.

Throughout high school Hector was an active student, his grades were always outstanding, he always supported his peers, his caring nature and personality allow him to work well with others, he was always an example of perseverance, optimism, truly demonstrated a growth mindset, he believes passionately in social progress and working for the common good, and to this day he continues to be a source of pride to our family and those close to him.

As a family, we always taught him to be respectful, however his humbleness and caring personality is innate on him, and of that his town is a witness, positive reviews have flooded in from peer, friends, students, and his brother and sister. As his parents we have always been and will continue to feel proud.

It is my sincere hope this letter will give you an idea of his good heart, an honorable individual a valuable member of his community, a good human being and an excellent son.

Thank you for taking the time to read this letter.

Sincerely,

*[signature]*
**Héctor Cabrera Guzmán**

a father who loves him very much.

Classification: Internal



March 23, 2022

Ronald Gainor, Esq.
Spector Rubin, P.A.
Continental Plaza
3250 Mary Street, Suite 405
Miami, Florida 33133

**Re: Dr. Héctor Alejandro Cabrera Fuentes**

Dear Mr. Gainor:

For us it is a pleasure to write a letter and be able to communicate the position we have with our friend Dr. Héctor Alejandro Cabrera Fuentes. We as the Nodo Zacatecas, from the Red Global de Mexicanos en el Exterior, joined forces in 2017 with the Chapter Singapore, whose president is Dr. Cabrera. And we worked in the reconstruction of Oaxaca with a project of earthquake-resistant houses, without a doubt Dr. Héctor Cabrera was a key piece to be able to carry out this project thanks to his generosity and his altruistic spirit to help his Oaxacan brothers at critical moments.

We attach some leagues of the coverage that this event had in the national media
Links:
1.https://www.eluniversal.com.mx/estados/asociacion-de-mexicanos-en-el-exterior-entregaran-casa-antisismica-en-oaxaca
2.https://www.eluniversal.com.mx/estados/historia-zapoteca-damnificada-estrena-casa-panal-tras-sismo-del-7s
3.https://recuperandomx917.org/construyen-casa-antisismos-oaxaca/
4.https://www.reforma.com/libre/players/mmplayer.aspx?idm=94763&te=100&ap=1&c=19


Regrads,

Luis Daniel Beltrán Girón, President Nodo Zacatecas.
dan@microbit.com

Tuesday, May 24th, 2022

El Espinal, Oaxaca, Mexico.

Honorable Judge **Donald Middlebrooks**.

Marimba Perlas y Diamantes was a Project from "**SECULTA**". A group of children was conformed, which had the opportunity to travel to France, Switzerland, Belgium, and Germany to demonstrate our culture. Hector Cabrera Fuentes did the impossible to get all the permissions so we could travel. Every time he went to his hometown, he would visit our group and encourage them to keep pursuing their goals, and to be disciplined and committed just like he is.

In 2016 he contacted the local government to support our group so they can travel to Singapore to perform. All of this has represented, a learning experience and a motivation to all of us and thanks to Hector Cabrera Fuentes. Most of the group participants are music, languages, and chemistry students.

My name is Yoel Matus, I am part of the Marimba Perlas and diamantes, currently studying music in the UNICACH college. I am very grateful to Hector Cabrera and his project, because thanks to him I have had the opportunity to achieve my goals in life.

My name is Clarisa Luis Pradillo, I met scientist Hector Alejandro Cabrera Fuentes as someone humble, committed to his family, work, and society. It's a very supportive person that has taught me how to accomplish my goals and he always has the right words to say, to make you feel that you are able to do anything you want and put your mind to it. I have no other words to say but thank you to hector for giving me support, and the opportunity that he has given me. We are tremendously thankful to him.

Kind Regards,

Yamileth Toledo Ulloa

Group coordinator Marimba Perlas y Diamantes

Classification: Internal




**JUSTUS-LIEBIG-UNIVERSITÄT GIESSEN**

**FACHBEREICH 11 — Medizin**

### Kerckhoff-Herzforschungsinstitut

KHFI, Kardiologie • FB 11 • JLU • Aulweg 129 • 35392 Gießen

**Ronald Gainor, Esq.**
**Spector Rubin, P.A.**

**Continental Plaza**
**3250 Mary Street, Suite 405**
**Miami, Florida 33133**
**U.S.A.**

**Prof. em. Dr. Klaus T. Preissner**

Adresse:  Kerckhoff-Herzforschungsinstitut (KHFI)
          FB Medizin, JLU Gießen
          Aulweg 129
          35392 Gießen (Germany)

Tel.:   +49 (0) 641-994-2241
Fax:    +49 (0) 641-994-2249
E-mail: klaus.t.preissner@biochemie.med.uni-giessen.de

Datum:  **March 20th, 2022**

*Ref.: Reference letter for Dr. Hector A. Cabrera-Fuentes*

Dear Mr. Gainor:

It gives me great pleasure to comment on the personality, the professional skills as well as on the social activities (ethical quality) and personality of Dr. Hector A. Cabrera-Fuentes (born March 24, 1985), whom I know for more than 12 years as a very reliable, enthusiastic young researcher in the field of Medical Biochemistry and Cardiovascular Medicine and as a very trustworthy, cooperative and warm-hearted fellow.

After graduating with a M.Sc. in Molecular Biology at Kazan Federal University (KFU, Tatarstan, Russ. Federation) in 2009, he applied to work for his PhD in our Department of Biochemistry, Medical School, Justus-Liebig-University (JLU, Germany). In fact, we first met in Kazan on the occasion of the 20th anniversary of the Academic Partnership between the JLU Giessen and the KFU Kazan in 2009, where he was recommended to me by his former mentor, Prof. Olga Ilinskaya (Microbiology, KFU). Hector Cabrera-Fuentes was accepted as PhD fellow in Giessen in the International Graduate Program on "Protecting the Heart against Ischemia" (PROMISE), which was funded by the German Research Foundation for a period of 5 years (2009-2014) to perform translational research in 17 cooperative projects in Giessen and Barcelona (Spain) and for which I served as the responsible spokesman. During this time, he not only developed several outstanding research approaches together with other PhD fellows but also served as (Spanish-speaking) professional mediator between the colleagues in Barcelona and Giessen. In addition to his refined skills as a researcher, I consider him also an extremely talented and engaged tutor; this is highlighted by the fact that his opinion and advice was regularly sought by his fellow companions.

On the professional side, in a relatively short period of time Dr. Cabrera-Fuentes had established many refined biochemical techniques in the laboratory as well as generated (alone and in cooperation) different animal models of cardiovascular diseases, required for his projects or for joint experiments with other laboratories. Considering his very well-organized skills and expertise, he has integrated new ideas and concepts into the research plans and executed very effectively experiments with relevant outcome. He is a very productive and vigilant researcher with a superior perception and a far-above-average engagement for the different professional tasks to be fulfilled. The results of his outstanding research had a major (also society-related) impact on our understanding of cardiovascular diseases (such as atherosclerosis), associated with new medical approaches to device novel therapeutic regimen for cardio-protection in patients. The success of his dedicated research activities in my group as well as in cooperative projects was reflected by more than 30 high ranked joint scientific publications (out of more than 50 meanwhile) and the numerous scientific awards he received so far. In addition, he had been invited to several international meetings to present his outstanding work and to motivate other colleagues to become engaged in fruitful scientific collaborations.

After completing his PhD (August 2014) he was able to independently and continuously submit research grants to receive exceptional support for his ground-breaking studies from national and international funding agencies. He continued to work (part-time) in Giessen as a Senior Postdoctoral Fellow until 2018 and inspired many of the laboratory members as well as organized the exchange of PhD students from Mexico, Venezuela as well as from Kazan to work in my research group or at the Max-Planck-Institute for Heart & Lung Research in nearby Bad Nauheim (Germany). This has led to a vivid exchange of young investigators and new ideas across continents. Without his altruistic engagement these international connections wouldn´t have been possible. In fact, based on his activities, several foreign young researchers finished their PhD at the JLU in Giessen. I would consider Dr. Cabrera as one of the top 3% fellows (from more than 100) I have ever seen in my laboratory and mentored in my career.

Until recently, Dr. Cabrera Fuentes has conducted biomedical research together with Prof. Derek Hausenloy in Singapore, further elucidating the role of new potential targets in myocardial infarction and to elaborate on novel anti-atherogenic drugs and cardio-protective medicaments. We are still pursuing collaborative efforts with the laboratory in Singapore, whereby one PhD student had enrolled his PhD thesis at the JLU Giessen and will finish his work soon. Another outstanding skill that is characteristic for Dr. Cabrera-Fuentes relates to his exceptional organizing capability, e.g. reflected by the initiation of an annual international meeting series, starting in 2013 with 50-70 renowned expert scientists, designated "Frontiers in Cardiovascular Research", which has entered its 7th year in 2019, but was put on hold thereafter due to the Corona pandemics.

Taken together, I consider Dr. Cabrera-Fuentes not only a very hard working character, who exhibits an encountered determination to succeed in cardiovascular science and research. He is intrinsically motivated and fascinated by scientific phenomena and achievements and has influenced other fellows in this way, also by considering the importance of taking responsibility for social connections. He thereby served the community in using the available funding resources for elaborating important biomedical problems whose solutions will eventually find their way as new medications into the clinic. At any time he was highly respected by his peers and superiors alike and is able to create a collaborative and supportive atmosphere, also reflected by the fact that he has initiated several productive collaborations with international laboratories. Thus, the scientific community owes him respect for quite a number of discoveries and insights into pathogenic mechanisms in the cardio-vascular field with potential novel therapies for the affected patients.

Despite his involvement in the current situation, I very much hope that Dr. Carera-Fuentes as a very talented researcher and reliable and responsible companion will be able to readopt his own professional and social life as soon as possible and to experience new chances for a prosperous future.

Please do not hesitate to contact me for further information.
Sincerely Yours,

Klaus T. Preissner, PhD
Professor em. for Biochemistry & Pathobiochemistry

2



Honorable Judge Middlebrooks, Esq.                March 20th 2022

*Re: Sentencing Letter in support of Dr. Hector Cabrera-Fuentes*

Your Honor:

    I have had the pleasure and privilege of working closely alongside Dr. Cabrera for over decade. We first met in Busan (Korea) where I was sent by the FDA to teach East Asian physicians how to properly run clinical trials for cardiovascular pharmaceuticals. Hector was young bright invited faculty member at several top international meetings around the globe. I constantly met him in Singapore, Germany, Korea, Indonesia, USA, Russia and lately Mexico.  In fact, Hector became a Dean of Biotechnology Institute at the University of Monterrey. Dr. Cabrera collaborated with Johns Hopkins on numerous international projects resulted in dozens of publications in the peer-reviewed cardiology journals with extremely high impact factors.

    As a colleague of mine Hector didn't miss a beat in getting to work, creating rapport with students and junior faculty, preparing and delivering thoughtful and rigorous research and instantly becoming a trusted and needed member of the World Cardiology Expert Circle. Hector's naturally positive and approachable demeanor make him an invaluable resource in a multicultural community. His open spirit and infectious cheerfulness and kindness very quickly made him a sought-after confidante for so many of us. Hector is gifted with a natural disposition to create close yet professional relationships with various people. He is extremely open and trustful, and expect his partners to deliver as well.

    Hector has a generous and tender heart but is also capable of talking firmly and truthfully when the situation calls for it.  He is a natural leader, but trust people too much. It is clear that his worldwide exposure makes him vulnerable to bad folks to make advantage, and to use him.

    I know of few other individuals who deserve more mercy today. Please don't hesitate to contact me for any further information.

Sincerely,

Victor L. Serebruany, MD, PhD

Ass. Prof. Med, Neurology

Johns Hopkins University

([verebr1@jhmi.edu](mailto:verebr1@jhmi.edu)); (410)274-2405 - cell